IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| v.   Civil No.04-5198
       Crim. No. 03-50027-001 | |
| MARIA HILDA CRUZ | DEFENDANT/MOVANT |

## **O R D E R**

This matter is presently scheduled for evidentiary hearing on December 6, 2005. As this court has filed a report recommending Cruz' motion to dismiss be granted, the hearing is hereby canceled.

IT IS SO ORDERED this 22nd day of November 2005.

                                                /s/Beverly Stites Jones
                                                HON. BEVERLY STITES JONES
                                                UNITED STATES MAGISTRATE JUDGE