IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA          PLAINTIFF / RESPONDENT

     v.        Civil No. 04-5198
            Criminal No. 03-50027-001

MARIA HILDA CRUZ              DEFENDANT / MOVANT

**ORDER**

NOW on this 23d day of December 2005, comes on for consideration the Magistrate Judge's Report and Recommendation (document #47), filed on November 22, 2005, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, **adopted *in toto*.**

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.** Accordingly, movant's motion (document #46) requesting dismissal is granted and this case is **dismissed.**

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE